**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:15-cv-24542-GOODMAN [CONSENT CASE]**

RICHARD L. FOWLER, GLENDA KELLER,
and YVONNE YAMBO-GONZALEZ
on behalf of themselves and all others similarly
situated,

Plaintiffs,

v.
CALIBER HOME LOANS, INC. individually and as
successor-in-interest to Vericrest Financial and Caliber
Funding, and AMERICAN SECURITY INSURANCE
COMPANY,

Defendants.
_______________________________________________/

**NOTICE OF APPEAL**

Notice is hereby given that Richard L. Fowler, Glenda Keller, and Yvonne Yambo-Gonzalez, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Amended Order Granting Defendants' Motions to Dismiss [ECF No. 91], entered in this action on the 13th day of September, 2016.

By: /s/ Rachel Sullivan

Adam M. Moskowitz, Esq.
Florida Bar No. 984280
amm@kttlaw.com
Thomas A. Tucker Ronzetti, Esq.
Florida Bar No. 965723
tr@kttlaw.com
Rachel Sullivan, Esq.
Florida Bar No. 815640
rs@kttlaw.com
Robert J. Neary, Esq.
Florida Bar No. 81712
rn@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor

Aaron S. Podhurst, Esq.
Florida Bar No. 63606
apodhurst@podhurst.com
Peter Prieto, Esq.
Florida Bar No. 501492
pprieto@podhurst.com
Matthew Weinshall
Florida Bar No. 84783
mweinshall@podhurst.com
**PODHURST ORSECK, P.A.**
City National Bank Building
25 West Flagler Street, Suite 800
Miami, Florida 33130
Tel:305-358-2800/Fax: 305-358-2382

Coral Gables, FL 33134
Tel: (305) 372-1800 / Fax: (305) 372-3508
*Counsel for Plaintiffs*

*Counsel for Plaintiffs*

Lance A. Harke, Esq.
Florida Bar No. 863599
lharke@harkeclasby.com
Sarah Engel, Esq.
Florida Bar No. 991030
sengel@harkeclasby.com
Howard M. Bushman, Esq.
Florida Bar No. 0364230
hbushman@harkeclasby.com
**HARKE CLASBY & BUSHMAN LLP**
9699 NE Second Avenue
Miami Shores, Florida 33138
Telephone: (305) 536-8220
Facsimile: (305) 536-8229
*Counsel for Plaintiffs*

Eric D. Holland, Esq.
eholland@allfela.com
Randall Seth Crompton, Esq.
scrompton@allfela.com
**HOLLAND GROVES SCHNELLER & STOLZE**
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101
Telephone: (314) 241-8111
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on the 13th day of October, 2016 and served by the same means on all counsel of record.

By: /s/ Rachel Sullivan ______